IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street,<br>Richmond, Virginia 23230 | :<br>:<br>:<br>: | CIVIL ACTION |
| Plaintiff, | : | 02-CV-3527 |
| | : | |
| v. | : | |
| | : | |
| HILL MANUFACTURING COMPANY OF<br>SHOEMAKERSVILLE, LLC<br>869 Water Street<br>Shoemakersville, Pennsylvania 19555 | :<br>:<br>:<br>:<br>: | |
| Defendant. | : | |

## REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

Plaintiff, Estes Express Lines ("Estes") hereby requests that the Clerk enter a default against defendant Hill Manufacturing Company of Shoemakersville, LLC ("Hill"), a Pennsylvania corporation, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. In support of its request, plaintiff states the following:

1. Hill was properly served by Process Server, Thomas J. Crean, Jr., on June 12, 2002. A copy of the Return of Service is attached as "Exhibit A" to this Request.

2. The time for Hill to file an answer to the complaint has expired.

3. As of the date of the filing of this Request, Hill has not filed an answer, a motion to dismiss, a motion for summary judgment, or any other responsive pleading.

WHEREFORE, plaintiff requests the Clerk to enter a default against defendant Hill pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                 JANSSEN & KEENAN, P.C.

                 Respectfully submitted,

        By: _____

                 Paul D. Keenan
                 Kenneth J. Grunfeld
                 One Commerce Square
                 2005 Market Street, Suite 2050
                 Philadelphia, PA  19103
                 TEL: (215) 665-8888
                 FAX: (215) 665-8887

                 Attorneys for Plaintiff
                 Estes Express Lines

Dated:  September ___, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street,<br>Richmond, Virginia 23230<br><br>              Plaintiff,<br><br>    v.<br><br>HILL MANUFACTURING COMPANY OF<br>SHOEMAKERSVILLE, LLC<br>869 Water Street<br>Shoemakersville, Pennsylvania 19555<br><br>              Defendant. | CIVIL ACTION<br><br>02-CV-3527 |

**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff Estes Express Lines ("Estes"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, requests the entry of default judgment against defendant, Hill Manufacturing Company of Shoemakersville, LLC ("Hill"), a Pennsylvania corporation, for freight charges due and owing in the amount of Five Thousand One Hundred Twelve Dollars and Eighty Two Cents ($5,112.82) plus interest thereon until paid in full, plus a reasonable attorney fee in the amount of One Thousand Five Hundred Thirty Three Dollars and Eighty Five Cents ($1,533.85), and the cost of this action. All of the freight charges were incurred by Hill as either the named consignee or the shipper in a prepaid transaction. In support thereof, plaintiff avers:

1. A default for failing to Answer or otherwise defend the Complaint has been entered by the Clerk of the Court against Hill.

2. As set forth in the Affidavit of Amount Due attached, plaintiff is entitled to damages as follows:

    Amount claimed in Complaint**……………..  $6,646.67** ($5,112.82 in
     freight charges plus $1,533.85 in attorney's fees)
    Amount received as partial payment **………  $0.00**
    Total amount due and owing**………………  $6,646.67**

  4.  After all credits, the defendant remains indebted to the plaintiff in the amount of $6,646.67.

  WHEREFORE, a default judgment is to be entered in favor of plaintiff Estes, and against defendant Hill, in the amount of $6,646.67, plus continuing interest and costs.

          JANSSEN & KEENAN, P.C.

          Respectfully submitted,


       By: _____

          Paul D. Keenan
          Kenneth J. Grunfeld
          One Commerce Square
          2005 Market Street, Suite 2050
          Philadelphia, PA  19103
          TEL: (215) 665-8888
          FAX: (215) 665-8887

          Attorneys for Plaintiff
          Estes Express Lines

Dated:  September ___, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street,<br>Richmond, Virginia 23230 | :<br>:<br>: | CIVIL ACTION |
| Plaintiff, | :<br>: | 02-CV-3527 |
| v. | :<br>: | |
| HILL MANUFACTURING COMPANY OF<br>SHOEMAKERSVILLE, LLC<br>869 Water Street<br>Shoemakersville, Pennsylvania 19555 | :<br>:<br>:<br>:<br>: | |
| Defendant. | : | |

**DEFAULT JUDGMENT**

AND NOW, this _____ day of _____, 2002, upon Application of Estes Express Lines' for Entry of Judgment by Default, and the Affidavit of Amount Due, it is hereby ORDERED that Judgment is entered in favor of plaintiff, Estes Express Lines, and against defendant, Hill Manufacturing Company of Shoemakersville, LLC, a Pennsylvania corporation, in the amount of $6,646.67.

BY THE COURT:

_____
J.